IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA

| | |
|---|---|
| DAVID BARTON THACKER, an unmarried man,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-24, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-24, a national association, and BAYVIEW LOAN SERVICING, LLC.,<br><br>Defendants. | CASE: 3:18-cv-05562<br><br>PRAECIPE FOR CORRECTION TO ADD MISSING CITATIONS TO RESPONSE/OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT DKT 20 |

COME NOW, Plaintiff David B. Thacker, through counsel, requesting Praecipe for correction to Response/Opposition to Defendnats' Motion for Summary Judgment filed as Docket No. 20 that was filed with missing Citations. The corrected signed Response/Opposition to Defendants' Motion for Summary Judgment filed as Docket No. 20 that was filed with missing Citations is corrected and filed here as Exhibit A.

DATED this 5th day of March 2019.

BARRAZA LAW, PLLC

PRAECIPE FOR CORRECTION TO ADD MISSING CITATIONS TO EXHIBITS TO RESPONSE/OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT DKT 20

**BARRAZA LAW PLLC**
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax206-933-7863

By: *s/ V. Omar Barraza*
V. Omar Barraza, WSBA No. 43589
Attorneys for Plaintiffs
14245 Ambaum Blvd SW
Burien, WA 98166
Tel# 206-933-7861
Fax# 206-933-7863
omar@barrazalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2019, I electronically filed the foregoing **Preacipe to Correct redactions to Exhibits to David B. Thacker Declaration DKT 20.2** with the United States District Court for the Western District of Washington at Tacoma by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

V. Omar Barraza
BARRAZA LAW, PLLC
14245F Ambaum Blvd SW
Burien, WA 98166-1421
Phone: (206) 933-7861
Email: omar@barrazalaw.com
Attorney for Plaintiff

Gregor A. Hensrude
Erin M. Thenell
KLINEDINST PC
701 Fifth Avenue, Suite 1220
Seattle, WA 98104
206-682-7701
ghensrude@klinedinstlaw.com
ethenell@klinedinstlaw.com,
kclemens@klinedinstlaw.com,
shendricks@klinedinstlaw.com

EXECUTED THIS 5th day of March 2019.

By: *s/ V. Omar Barraza*
V. Omar Barraza, WSBA No. 43589
Attorneys for Plaintiffs

PRAECIPE FOR CORRECTION TO ADD MISSING CITATIONS TO EXHIBITS TO RESPONSE/OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT DKT 20

**BARRAZA LAW PLLC**
14245-F AMBAUM BLVD SW
SEATTLE WA 98166
Tel. 206-933-7861/Fax206-933-7863